# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5335**                                    **September Term, 2013**

**1:12-cv-00850-EGS**

**Filed On: April 16, 2014** [1488666]

Cause of Action,

      Appellant

  v.

Federal Trade Commission,

      Appellee

<u>**O R D E R**</u>

    Upon consideration of the joint motion to defer the briefing schedule to accommodate pending mediation, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 5, 2014 |
| Appendix | May 5, 2014 |
| Appellee's Brief | June 4, 2014 |
| Appellant's Reply Brief | June 18, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk