In the United States Court of Appeals
for the District of Columbia Circuit

| | |
|---|---|
| Cause of Action, | ) |
| | ) |
|        Appellant, | ) |
| | ) |
| v. | )   No. 13-5335 |
| | ) |
| Federal Trade Commission, | ) |
| | ) |
|        Appellee. | ) |

**NOTICE OF INTENTION TO PARTICIPATE AS *AMICI CURIAE***

Pursuant to D.C. Circuit Rule 29(b), the Reporters Committee for Freedom of the Press, the First Amendment Coalition, Investigative Reporting Workshop at American University, National Press Photographers Association, National Public Radio, Inc., North Jersey Media Group Inc., Stephens Media LLC ("Media *Amici*") hereby notify this Court of their intention to file an *amici curiae* brief in support of Appellants in the above-captioned appeal.

Counsel for all parties have consented to Media *Amici*'s filing of an *amicus* brief.

Media *Amici* expect that other media entities may join the brief before it is filed. Media *Amici* will file an updated corporate disclosure list with their brief.

## CORPORATE DISCLOSURE STATEMENTS

**The Reporters Committee for Freedom of the Press** is a voluntary, unincorporated association of reporters and editors that works to defend the First Amendment rights and freedom of information interests of the news media. The Reporters Committee has provided representation, guidance and research in First Amendment and Freedom of Information Act litigation since 1970.

**First Amendment Coalition** is a nonprofit public interest organization dedicated to defending free speech, free press and open government rights in order to make government, at all levels, more accountable to the people. The Coalition's mission assumes that government transparency and an informed electorate are essential to a self-governing democracy. To that end, we resist excessive government secrecy (while recognizing the need to protect legitimate state secrets) and censorship of all kinds.

**The Investigative Reporting Workshop**, a project of the School of Communication (SOC) at American University, is a nonprofit, professional newsroom. The Workshop publishes in-depth stories at investigativereportingworkshop.org about government and corporate accountability, ranging widely from the environment and health to national security and the economy.

**The National Press Photographers Association** ("NPPA") is a 501(c)(6) non-profit organization dedicated to the advancement of visual journalism in its creation, editing and distribution. NPPA's approximately 7,000 members include television and still photographers, editors, students and representatives of businesses that serve the visual journalism industry. Since its founding in 1946, the NPPA has vigorously promoted the constitutional rights of journalists as well as freedom of the press in all its forms, especially as it relates to visual journalism. The submission of this brief was duly authorized by Mickey H. Osterreicher, its General Counsel.

**National Public Radio, Inc.** is an award-winning producer and distributor of noncommercial news programming. A privately supported, not-for-profit membership organization, NPR serves a growing audience of more than 26 million listeners each week by providing news programming to 285 member stations that are independently operated, noncommercial public radio stations. In addition, NPR provides original online content and audio streaming of its news programming. NPR.org offers hourly newscasts, special features and 10 years of archived audio and information.

**North Jersey Media Group Inc.** ("NJMG") is an independent, family-owned printing and publishing company, parent of two daily newspapers serving the residents of northern New Jersey: The Record (Bergen County), the state's

3

second-largest newspaper, and the Herald News (Passaic County). NJMG also publishes more than 40 community newspapers serving towns across five counties and a family of glossy magazines, including (201) Magazine, Bergen County's premiere magazine. All of the newspapers contribute breaking news, features, columns and local information to NorthJersey.com. The company also owns and publishes Bergen.com showcasing the people, places and events of Bergen County.

**Stephens Media LLC** is a nationwide newspaper publisher with operations from North Carolina to Hawaii. Its largest newspaper is the Las Vegas Review-Journal.

                                        Respectfully submitted,

Dated: May 9, 2014　　　　　　　　　/s/ Bruce D. Brown
                                        BRUCE D. BROWN
                                        The Reporters Committee for
                                           Freedom of the Press
                                        1101 Wilson Blvd., Suite 1100
                                        Arlington, VA 22209
                                        Phone: (703) 807-2100
                                        Fax: (703) 807-2109
                                           *Counsel for amici curiae*

## Certificate of Service

I certify that a copy of the forgoing was filed electronically with the Clerk and served through the CM/ECF system to the counsel of record on May 9, 2014.

/s/   Bruce D. Brown